**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

Madelyn Fischer

   v.                          Civil No. 09-cv-090-JL

New Hampshire Department of
Health and Human Services

**O R D E R**

This matter is currently pending preliminary review before the Court. Upon review of the file, and the pleadings docketed therein, it appears that an addendum and supporting documents, was inadvertently filed in this action as Document no. 3. The document should have been filed in <u>Fischer v. New Hampshire</u>, Civ. No. 08-479-JL, which is now closed, but was still open on the date this pleading was received by this Court, March 16, 2009. I now direct that this pleading be undocketed in this matter and redocketed in the closed case referenced herein so that District Judge Laplante may review the pleading and determine whether or

not his rulings, issued subsequent to March 16, 2009, should be reconsidered after consideration of the pleading.

**SO ORDERED.**

                                                                             _____
Justo Arenas
United States Magistrate Judge

Date:     July 10, 2009

cc:       Madelyn Fischer, pro se
          Laura E. B. Lombardi, Esq.