UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Madalyn Fischer</u>

        v.          Civil No. 09-cv-90-JL

<u>NH Department of Health and Human Services</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 23, 2009, no objection having been filed.

SO ORDERED.

September 9, 2009

_____
Joseph N. Laplante
United States District Judge

cc: Madalyn Fischer, pro se